UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Katrina Beaulieu and Anita Loberg, on their own behalf and on behalf of their deceased dog Bear,

Plaintiffs,

vs.

Officer M. Oakvik, both personally and in his official capacity; and City of Brooklyn Park,

Defendants.

---

Court File No. 00-1684 (DSD/JMM)

**STIPULATION AND PROTECTIVE ORDER**

Plaintiffs have requested a copy of Officer Michael Oakvik's personnel file in discovery. The parties stipulate that all private data contained in Officer Oakvik's personnel file which is released to Plaintiffs should be subject to a Protective Order and request the Court to issue the attached Order.

Dated: 12/8/00

LAW OFFICE OF JORDAN S. KUSHNER

By: ______________________
Jordan S. Kushner, #219307
Attorneys for Plaintiffs
Sexton Building - Suite 636
529 South 7th Street
Minneapolis, MN 55415
(612) 288-0545

DEC 14 2000

ERSTAD & RIEMER, P.A.

Dated: 12/8/00

By: ______________________
Jon K. Iverson, #146389
Paul D. Reuvers, #217700
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

## PROTECTIVE ORDER

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED that all private data contained in Officer Michael Oakvik's personnel file which is produced to Plaintiff are subject to the following protections:

1. That the use of all private data is limited to this case and shall not be disseminated by the Plaintiffs or their counsel to anyone outside of this case.

2. That Plaintiffs will return all copies of any private data received in discovery at the conclusion of this case.

Dated: 12/14/00

By the Court:

[signature]

Magistrate Judge John M. Mason

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.