UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---------------------------------

Katrina Beaulieu and Anita Loberg, on their own behalf and on behalf of their deceased dog Bear,

Plaintiffs,

vs.

Officer M. Oakvik, both personally and in his official capacity; and City of Brooklyn Park,

Defendants.

---------------------------------

Court File No. 00-1684 (DSD/JMM)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties. No money was paid by Defendants for this dismissal.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, without costs or disbursements to any of the parties, may be entered herein.

Dated: 3/1/01

LAW OFFICE OF JORDAN S. KUSHNER

By: ______________________
Jordan S. Kushner, #219307
Attorneys for Plaintiffs
Sexton Building - Suite 636
529 South 7th Street
Minneapolis, MN 55415
(612) 288-0545

MAR 06 2001
FILED
2001
DEPUTY
3

ERSTAD & RIEMER, P.A.

Dated: 2/27/01

By: ______________________
Jon K. Iverson, #146389
Paul D. Reuvers, #217700

Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(952) 896-3700

**ORDER**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs, disbursements, or attorney's fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 5 ~~7th~~ day of March, 2001.

BY THE COURT:

Judge of District Court